No. 10–354. APC ACQUISITION CORP., INC. *v.* ATLANTECH, INC. C. A. 1st Cir. Certiorari denied.

No. 10–356. LOCKE *v.* EVANS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–368. MORRIS ET AL. *v.* NUCLEAR REGULATORY COMMISSION ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–429. WALKER ET UX. *v.* CROMARTIE ET AL. Sup. Ct. Ga. Certiorari denied.

No. 10–493. KATZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–495. L. E. K. *v.* D. R. S. Ct. App. La., 3d Cir. Certiorari denied.

No. 10–500. URCIUOLI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–515. PETERSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5022. SNYDER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5287. SMITHEY *v.* ARIZONA. Super. Ct. Ariz., County of Maricopa. Certiorari denied.

No. 10–5432. MCCORD ET UX. *v.* ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 10–5625. DAILEY *v.* MARTEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5720. ROBERTSON *v.* CREE, INC. C. A. 4th Cir. Certiorari denied.

No. 10–5867. CHAN *v.* DEPARTMENT OF JUSTICE. C. A. Fed. Cir. Certiorari denied.

No. 10–5937. GUYTON, EXECUTOR OF THE ESTATE OF GUYTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.